IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-2452-DDD-STV

MARTIN HERNANDEZ PAZ,

     Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the
Department of Homeland Security;
DAVID VENTURELLA, in his official capacity as Acting Director of
Immigration and Customs Enforcement;
GEORGE VALDEZ, in his official capacity as ICE Field Office
Director; and
JUAN BALTAZAR, in his official capacity as Warden of the Aurora
Contract Detention Facility,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 8] of Judge Daniel D. Domenico entered on

July 8 2026, it is

ORDERED that petitioner Martin Hernandez Paz's Verified Petition for Habeas

Corpus [Docket No. 1] is GRANTED. It is further

2

ORDERED that the case is closed.

Dated at Denver, Colorado this 24th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
       Deputy Clerk